CR 07 00564 JF

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| **TRANSFER OF JURISDICTION** FILED 2007 AUG 29 P 3:01 | | 1:04-CR-110-01-JOF |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NO. DIST. OF CA. S.J. Darrell Rance Turner 3488 Agate Drive, Apt #3 Santa Clara, CA 95051 | DISTRICT Northern District of Georgia | DIVISION Atlanta |
| | NAME OF SENTENCING JUDGE Honorable J. Owen Forrester | |
| | DATES OF PROBATION/ SUPERVISED RELEASE: | FROM 09/18/05 | TO 09/15/2008 |

OFFENSE

False Statement To A Firearm Dealer

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Northern District of California DISTRICT OF Georgia

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of California District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

7/9/07
Date

Honorable J. Owen Forrester
United States District Judge

*This sentence may be deleted at the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Northern District of California DISTRICT OF California

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

8/22/07
Effective Date

Honorable Ronald M. Whyte
United States District Judge