UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
2211 United States Courthouse
75 Spring Street, SW
Atlanta, Georgia 30303-3361

FILED
2008 JAN 17 P 3: 45

JAMES N. HATTEN
CLERK OF COURT

RICHARD W. WIEKING, CLERK
DOCKETING SECTION
404-215-1655
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

January 15, 2008

Re: USA vs. Darrell Rance Turner
Criminal Action No. 1:04-cr-110-JOF-JMF-1
Your File No. CR 07 00564 JF

Dear Clerk:

Pursuant to the enclosed copy of transfer of jurisdiction, we are transferring the above supervised releasee to your district.

Enclosed are certified copies of the indictment, judgment and commitment order, and docket for your records.

Please acknowledge receipt of these documents by returning the enclosed copy to this office.

Sincerely,

James N. Hatten , Clerk

By:   s/ Harry F. Martin
      Deputy Clerk

copies via NEF to:

USPO, Atlanta
USAO, FLU, Atlanta with copy of transfer order
Financial Section
File



CR 07 00564 JF

FILED 2007 AUG 29 P 3:01
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA, S.J.

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 1:04-CR-110-01-JOF |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Darrell Rance Turner<br>3488 Agate Drive, Apt #3<br>Santa Clara, CA 95051 | Northern District of Georgia | Atlanta |
| | NAME OF SENTENCING JUDGE | |
| | Honorable J. Owen Forrester | |
| | DATES OF PROBATION/ SUPERVISED RELEASE: | FROM 09/18/05    TO 09/15/2008 |

| OFFENSE |
|---|
| False Statement To A Firearm Dealer |

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

SEP 27 2007

JAMES N. HATTEN, CLERK
By: [signature] Deputy Clerk

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Northern District ~~of California~~ DISTRICT OF Georgia

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of California District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

7/9/07
Date

[signature]
Honorable J. Owen Forrester
United States District Judge

*This sentence may be deleted at the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Northern District of California DISTRICT OF California

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

8/22/07
Effective Date

[signature]
Honorable Ronald M. Whyte
United States District Judge

Page 1 of 4

FILED IN CHAMBERS
7-30-04
Luther D. Thomas, Clerk

By: JCC
Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

-vs-

DARRELL RANCE TURNER

Case No. 1:04-CR-110-01-JOF

Defendant's Attorney:
SUZANNE HASHIMI

## JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

The defendant plead guilty to Count(s) One of the Indictment.

Accordingly, the defendant is adjudged guilty of such count(s) which involves the following offense:

| Title & Section | Nature of Offense | Count No. |
|---|---|---|
| 18:924(a)(1)(A) | False Statement To A Firearms Dealer | 1 |

The defendant is sentenced as provided in pages 2 through 4 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

All remaining count(s) dismissed by the United States.

It is ordered that the defendant shall pay the special assessment of $ **100.00** which shall be due immediately.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States attorney for this district within thirty days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.
Defendant's Date of Birth:
Defendant's Mailing Address:
4108 Walden Brook Drive
Lithonia, Georgia 30038
Dekalb County

Signed this the ____ day of July, 2004.

Date of Imposition of Sentence:
July 9, 2004

J. OWEN FORRESTER
UNITED STATES DISTRICT JUDGE

ATTEST: A TRUE COPY
CERTIFIED THIS

JAN 1 5 2008

James N. Hatten, Clerk
By: _____
Deputy Clerk

1:04-CR-110-01-JOF : DARRELL RANCE TURNER

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **Twelve (12) Months**.

The defendant shall voluntarily surrender for service of sentence at the institution designated by the Bureau of Prisons as notified by the United States Marshal.

The court recommends that the defendant serves his term of imprisonment at an appropriate facility nearest to Atlanta, Georgia.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By: _____
Deputy U.S. Marshal

1:04-CR-110-01-JOF : DARRELL RANCE TURNER

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **Three (3) Years**.

While on supervised release, the defendant shall not commit another federal, state or local crime and shall not illegally possess a controlled substance. The defendant shall comply with the standard and special conditions that have been adopted by this court (set forth below). The defendant shall comply with the following additional conditions:

The defendant shall not own, possess or have under her control any firearm, dangerous weapon or other destructive device.

The defendant shall perform eighty (80) hours of community service, to be performed during the first two years of his supervised release. This community service should be done in a way that can be verified by the United States Probation Officer.

1:04-CR-110-01-JOF : DARRELL RANCE TURNER

# STANDARD CONDITIONS OF SUPERVISION

While the defendant is on supervised release pursuant to this judgment, the defendant shall not commit another federal, state or local crime. In addition:

1. The defendant shall not leave the judicial district without the permission of the court or probation officer;

2. The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;

3. The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4. The defendant shall support his or her dependents and meet other family responsibilities;

5. The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

6. The defendant shall notify the probation officer within **72** hours of any change in residence or employment;

7. The defendant shall refrain from the excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician, and shall submit to periodic urinalysis tests as directed by the probation officer to determine the use of any controlled substance;

8. The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9. The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

10. The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

11. The defendant shall notify the probation officer within **72** hours of being arrested or questioned by a law enforcement officer;

12. The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13. As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

ORIGINAL

FILED IN CHAMBERS
U.S.D.C. Atlanta

FEB 2 5 2004

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| UNITED STATES OF AMERICA | : | CRIMINAL INDICTMENT |
| v. | : | |
| DARRELL RANCE TURNER | : | NO. 1:04-CR-110 |

THE GRAND JURY CHARGES THAT:

COUNTS ONE - TWO

On or about the respective dates listed below, in the Northern District of Georgia, the defendant DARRELL RANCE TURNER did knowingly cause false representations to be made with respect to information required to be kept in the records of Tri-Level Storage/Piedmont Pawn Shop, a federal firearms licensee, in that defendant DARRELL RANCE TURNER did cause to be falsely represented on Firearms Transaction Records, ATF Forms 4473, that DARRELL RANCE TURNER was the transferee or buyer of the following firearms, when in fact, the true transferee, or buyer, of the firearms was not DARRELL RANCE TURNER:

ATTEST: A TRUE COPY
CERTIFIED THIS

JAN 1 5 2008

James N. Hatten, Clerk
By: _____
Deputy

| COUNT | DATE | FIREARMS | LICENSEE |
|---|---|---|---|
| One | 3-8-03 | 1. Bryco Jennings, model J25, .25 caliber pistol, serial number 1534562<br>2. Bryco Jennings, model 38, .380 caliber pistol, serial number 1342147<br>3. Bryco Jennings, model 38, .380 caliber pistol, serial number 1342150 | Tri-Level Storage/Piedmont Pawn Shop Atlanta, Georgia |
| Two | 3-8-03 | 1. Bryco Jennings, model 38, .380 caliber pistol, serial number 1342149<br>2. Bryco Jennings, model J25, .25 caliber pistol, serial number 1534560<br>3. HiPoint, model C, 9mm pistol, serial number P034094 | Tri-Level Storage/Piedmont Pawn Shop Atlanta, Georgia |

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

A ___true___ BILL

___[signature]___
FOREPERSON

WILLIAM S. DUFFEY, JR.
UNITED STATES ATTORNEY

___[signature]___
AARON M. DANZIG
ASSISTANT UNITED STATES ATTORNEY
1800 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
404/581-6012
404/581-6181 fax
Georgia Bar No. 205151

CLOSED, SHORT, TransSup

# U.S. District Court
## Northern District of Georgia (Atlanta)
### CRIMINAL DOCKET FOR CASE #: 1:04-cr-00110-JOF-JMF All Defendants
### Internal Use Only

Case title: USA v. Turner

Date Filed: 02/25/2004
Date Terminated: 07/30/2004

Assigned to: Judge J. Owen Forrester
Referred to: Magistrate Judge Joel M. Feldman

**Defendant (1)**

**Darrell Rance Turner**
*TERMINATED: 07/30/2004*

represented by **Darrell Rance Turner**
3488 Agate Drive, Apt. #3
Santa Clara, CA 95051
PRO SE

**Suzanne Hashimi**
Federal Defender Program
100 Peachtree Street, N.W.
The Equitable Building, Suite 1700
Atlanta, GA 30303
404-688-7530
Fax: 404-688-0768
Email: Suzanne_Hashimi@FD.Org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Public Defender or Community Defender Appointment

ATTEST: A TRUE COPY
CERTIFIED THIS

JAN 1 5 2008

James N. Hatten, Clerk
By: [signature]
       Deputy Clerk

**Pending Counts**

18:924(a)(1)(A) PENALTIES FOR FIREARMS
(1)

**Disposition**

CBOP 12 MONTHS; 3 Years Supervised Release; 80 Hrs community service during 1st 2 years of Supervised Release; $100 Special Assessment Supervised Release hearing held on 1/19/2006 - the defendant is hereby continued on the term of supervised release imposed by this court on July 9,

2004. As a special condition, the defendant shall serve an additional FORTY (40) HOURS of community service. All other standard conditions and special conditions previously imposed shall remain the same.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

18:924(a)(1)(A) PENALTIES FOR FIREARMS
(2)

**Disposition**

DISMISSED ON GOVT MOTION

**Highest Offense Level (Terminated)**

Felony

**Complaints**

None

**Disposition**

**Plaintiff**

USA   represented by   **Aaron M. Danzig**
Office of United States Attorney
Northern District of Georgia
75 Spring Street, S.W.
600 United States Courthouse
Atlanta, GA 30303
404-581-6012
Email: aaron.danzig@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/25/2004 | 1 | INDICTMENT filed. Darrell Rance Turner (1) count(s) 1-2. (ddm) (Entered: 03/01/2004) |
| 02/25/2004 | 2 | Defendant Information Sheet for Darrell Rance Turner. (ddm) (Entered: 03/01/2004) |
| 02/25/2004 |  | Praecipe filed. Arrest warrant issued and delivered to USMS on 2/26/04 as to Darrell Rance Turner. (ddm) (Entered: 03/01/2004) |

| | | |
|---|---|---|
| 03/11/2004 | 3 | INITIAL APPEARANCE HEARING held for Darrell Rance Turner before Mag Judge C. C. Hagy . (adg) (Entered: 03/15/2004) |
| 03/11/2004 | 3 | ARRAIGNMENT HELD before Mag Judge C. C. Hagy Case assigned to Judge J. O. Forrester Pretrial referral to Mag Judge Joel M. Feldman as to Darrell Rance Turner PLEA OF NOT GUILTY (adg) (Entered: 03/15/2004) |
| 03/11/2004 | | Estimated Trial Time-Short (adg) (Entered: 03/15/2004) |
| 03/11/2004 | 4 | ORDER by Mag Judge C. C. Hagy as to Darrell Rance Turner, Appointing Public Defender as Counsel Suzanne Hashimi (adg) (Entered: 03/15/2004) |
| 03/11/2004 | 5 | Personal appearance bond for Darrell Rance Turner in the amount of $15,000.00. (adg) (Entered: 03/15/2004) |
| 03/11/2004 | 6 | ORDER setting conditions of release as to Darrell Rance Turner by Mag Judge C. C. Hagy . (adg) (Entered: 03/15/2004) |
| 03/15/2004 | 7 | Pretrial order setting pretrial conference for 3/29/04 10:30 am by Mag Judge Joel M. Feldman as to Darrell Rance Turner (cc by magistrate) (adg) (Entered: 03/18/2004) |
| 03/16/2004 | 8 | Arrest warrant as to defendant Darrell Rance Turner returned executed on 3/11/04, Arrested by ATF (adg) (Entered: 03/18/2004) |
| 03/29/2004 | 9 | ORDER DECLARING CASE READY FOR TRIAL by Mag Judge Joel M. Feldman as to Darrell Rance Turner. (cc by mag) (adg) (Entered: 04/02/2004) |
| 04/16/2004 | 10 | ARRAIGNMENT on change of plea, held before Judge J. O. Forrester as to Darrell Rance Turner. PLEA OF GUILTY by Darrell Rance Turner (1) count(s) 1. Plea agreement between defendant and government. Sentence set for 2:00 pm on 7/9/04 (adg) (Entered: 04/19/2004) |
| 04/26/2004 | | Steno notes of proceedings held as to Darrell Rance Turner 4/16/04 before Judge J. O. Forrester , by Court Reporter Andy Ashley. (adg) (Entered: 04/29/2004) |
| 07/09/2004 | 11 | MOTION to declare the sentencing guidelines unconstitutional by Darrell Rance Turner. (adg) (Entered: 07/19/2004) |
| 07/09/2004 | 12 | Minute Entry for proceedings held before Judge J. Owen Forrester :Sentencing for Darrell Rance Turner (1), Count(s) 1, CBOP 12 MONTHS; 3 Years Supervised Release; 80 Hrs community service during 1st 2 yrs of Supervised Release; $100 Special Assessment. (Court Reporter David Ritchie)(adg) Modified text on 7/21/2004 (so). (Entered: 07/19/2004) |
| 07/10/2004 | 13 | GOVERNMENT MOTION TO DISMISS COUNTS AND ORDER GRANTING SAME as to Darrell Rance Turner (1), Count(s) 2, DISMISSED ON GOVT MOTION. Signed by Judge J. Owen Forrester on 7/10/04. (cc:USA,USM,USPO,USPS,DFT,CNSL) (adg) (Entered: 07/19/2004) |

| | | |
|---|---|---|
| 07/14/2004 | | Steno Notes of proceedings held on 7/9/04 as to Darrell Rance Turner before Judge J. Owen Forrester, by David Ritchie (adg) (Entered: 07/19/2004) |
| 07/30/2004 | 14 | JUDGMENT AND COMMITMENT as to Darrell Rance Turner (1), Count 1, CBOP 12 MONTHS; 3 Years Supervised Release with standard conditions of release; 80 Hrs community service during 1st 2 years of Supervised Release; $100 Special Assessment; Count 2, DISMISSED ON GOVT MOTION. Defendant shall voluntarily surrender; Court recommendations: that defendant serve his term of imprisonment at an appropriate facility nearest to Atlanta, GA. Signed by Judge J. Owen Forrester on 7/30/04. (cc:USA,USM,USPO,PTS,DFT,CNSL,FIN) (adg) Modified on 8/3/2004 (adg). (Entered: 08/03/2004) |
| 07/30/2004 | | (Court only) ***Set/Clear Flags as to Darrell Rance Turner (adg) (Entered: 08/03/2004) |
| 08/27/2004 | 15 | Reporting Information by the USDOJ as to Darrell Rance Turner; Dft to Voluntarily Surrender to FPC Atlanta by noon on 9/20/04; Reg No. 55742-019. (adg) (Entered: 08/30/2004) |
| 12/07/2005 | 16 | Summons and Order to Show Cause why Supervised Release should not be Revoked as to Darrell Rance Turner. Signed by Judge J. Owen Forrester on 12/6/2005. (adg) (Entered: 12/08/2005) |
| 01/11/2006 | 17 | NOTICE OF HEARING as to Darrell Rance Turner. Final Hearing re Revocation of Supervised Release set for 1/19/2006 10:00 AM in Courtroom 1905 before Judge J. Owen Forrester. (adg) (Entered: 01/11/2006) |
| 01/19/2006 | 18 | Minute Entry for proceedings held before Judge J. Owen Forrester :Hearing re Revocation of Supervised Release as to Darrell Rance Turner. Defendant ADMITTED ALLEGATIONS as set forth in the petition. Court finds defendant has VIOLATED conditions of Supervised Release, Supervised Release continued. As an add?l condition, the court imposes an add?l forty (40) hrs ofcommunity service. (Court Reporter Lois Phillips)(tcc) (Entered: 01/20/2006) |
| 01/19/2006 | 19 | ORDER MODIFYING SUPERVISED RELEASE-JUDGMENT AND COMMITMENT as to Darrell Rance Turner (1), the defendant is hereby continued on the term of supervised release imposed by this court on July 9, 2004. As a special condition, the defendant shall serve an additional FORTY (40) HOURS of community service. All other standard conditions and special conditions previously imposed shall remain the same. Signed by Judge J. Owen Forrester on 1/19/2006. (tcc) Modified on 1/23/2006 to correct docket text. (adg). (Entered: 01/20/2006) |
| 01/23/2006 | | (Court only) ***Steno Notes of proceedings held on 1/19/06 as to Darrell Rance Turner before Judge J. Owen Forrester, by Lois D. Phillips. (jdh) (Entered: 01/23/2006) |
| 01/15/2008 | 20 | Supervised Release Jurisdiction Transferred to USDC Northern District of California as to Darrell Rance Turner to 0971/5:07CR00564-JF. (hfm) |

| | | (Entered: 01/15/2008) |
|---|---|---|
| 01/15/2008 | 21 | Transmitted Transfer of Jurisdiction form as to Darrell Rance Turner, with certified copies of indictment, judgment and docket sheet. Docket updated with current address. (hfm) (Entered: 01/15/2008) |